UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HAROLD BEART,<br><br>  Plaintiff. | Case No. 23-cv-03723-PCP<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

The above-captioned pro se civil rights action was filed on July 25, 2023. On that date, the Clerk notified Plaintiff that the action was deficient due to the failure to pay the filing fee, or to complete an *in forma pauperis* application. Dkt. No. 3. The Clerk also notified Plaintiff that he had failed to file a complaint on the provided "Civil Rights Complaint by a Prisoner" form. Dkt. No. 2. Plaintiff was advised that failure to file a signed complaint and to pay the fee or file the application within 28 days would result in dismissal of the action. *See* Docket Nos. 2, 3.

Plaintiff did not file a complaint, or pay the filing fee or file an *in forma pauperis* application. The deadline by which to do so has passed. Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notices and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file:

(i) by prison email an exact copy of his complaint in accordance with the instructions in the Notice, and a motion with the words MOTION TO REOPEN written on the first page; or

(ii) by regular mail a motion for leave to file his complaint by regular mail, in which he

shows good cause why he cannot submit his documents electronically.

Plaintiff must perfect his IFP application together with any request to reopen this action.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED**.

Dated: March 1, 2024

_____
P. Casey Pitts
United States District Judge